**Carl Benit COOPER, Appellant,**

v.

**John D. ASHCROFT, U.S. Attorney General, et al., Appellees.**

No. 02–5412.

United States Court of Appeals, District of Columbia Circuit.

Aug. 28, 2003.

Carl Benit Cooper, Pro Se.

Before GINSBURG, Chief Judge, and HENDERSON and GARLAND, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's final judgment filed November 6, 2002, be affirmed. The district court correctly dismissed for failure to state a claim appellant's complaint filed pursuant to 42 U.S.C. § 1983. *See Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). Appellant's attempt to argue *Heck* does not apply is unavailing.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.